Decided December 8, 1924. *Per Curiam.* Cause transferred to the Circuit Court of Appeals for the Fifth Circuit, upon authority of Act of September 14, 1922, c. 305, 42 Stat. 827; *Heitler* v. *United States,* 260 U. S. 438, 439; *Dayton-Goose Creek Ry. Co.* v. *United States,* 263 U. S. 456, 478; *Railroad Commission* v. *Southern Pacific Co.,* 264 U. S. 331, 344. *Mr. J. W. Terry* and *Mr. T. J. Norton,* with whom *Mr. Homer W. Davis* was on the briefs, for appellant. *Mr. T. D. Gresham,* with whom *Mr. T. J. Freeman* was on the brief, for appellee.

---

No. 295. F. A. COCKE *v.* MORGAN'S LOUISIANA & TEXAS R. R. & S. S. Co. ET AL. Error to the District Court of the United States for the Southern District of Mississippi. Argued December 5, 1924. Decided December 8, 1924. *Per Curiam.* Cause transferred to the Circuit Court of Appeals for the Fifth Circuit, upon authority of: (1) Act of September 14, 1922, c. 305, 42 Stat. 827; *Heitler* v. *United States,* 260 U. S. 438, 439; (2) *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Graham,* 253 U. S. 193, 195. *Mr. Frederick H. Lotterhos* and *Mr. George Butler,* for plaintiff in error, submitted. *Mr. Charles N. Burch,* with whom *Mr. R. H. Thompson, Mr. J. H. Thompson, Mr. H. D. Minor* and *Mr. Harry McCall* were on the briefs, for defendants in error.

---

No. —, Original: *Ex parte:* IN THE MATTER of WILLIAM J. VEACH, PETITIONER. Submitted December 8, 1924. Decided December 15, 1924. Motion for leave to file a petition for a writ of mandamus herein denied. *Mr. Henry J. Richardson* for petitioner.

---

No. 354. WILLIAM ASH COMPANY ET AL. *v.* RECLAMATION BOARD OF THE STATE OF CALIFORNIA ET AL. Error to

the Supreme Court of the State of California. Motion to dismiss or affirm submitted December 8, 1924. Decided December 15, 1924. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. *Mr. Stephen W. Downey* and *Mr. Bradford M. Melvin,* for defendants in error, in support of the motion to dismiss or affirm. *Mr. J. W. Dorsey* and *Mr. R. F. M. Soto,* for plaintiffs in error, in opposition to the motion.

———

No. 219. RED SEAL OIL COMPANY *v.* ALBERT BITTNER ET AL. Appeal from the District Court of the United States for the Northern District of Illinois. Submitted December 8, 1924. Decided December 15, 1924. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of *Hohorst* v. *Hamburg-American Packet Co.,* 148 U. S. 262, 264; *Collins* v. *Miller,* 252 U. S. 364, 370; *Arnold* v. *Guimarin & Co.,* 263 U. S. 427, 434. *Mr. Edward H. S. Martin* for appellant. *Mr. O. W. Dynes, Mr. M. L. Bluhm,* and *Mr. C. S. Jefferson* for appellees.

———

No. 590. J. C. CROWSON *v.* MICHAEL CODY, ET AL. Error to the Supreme Court of the State of Alabama. Submitted December 8, 1924. Decided December 15, 1924. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. *Mr. W. A. Gunter* for plaintiff in error. *Mr. Fred S. Ball* for defendants in error.

———

No. 140. J. L. LANCASTER ET AL., RECEIVERS, ETC. *v.* O. R. HOUGHTON. Error to the Court of Civil Appeals